UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2018 JUL 12  AM 11: 30
JUDGE FRANK MONTALVO
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) ) |
| v. | ) ) CIVIL ACTION NO. EP18CV0212 |
| ONE 2014 TOYOTA SIENNA, BEARING VEHICLE IDENTIFICATION NUMBER 5TDKK3DC8ES508620, | ) ) ) ) ) |
| Respondent. | ) ) |

## VERIFIED COMPLAINT FOR FORFEITURE

Petitioner the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, pursuant to Rule G, Supplemental Rules of Federal Rules of Civil Procedure, and respectfully states as follows:

## I.
## NATURE OF THE ACTION

1. This action is brought by the United States of America seeking forfeiture to the United States of the property described below:

- One 2014 Toyota Sienna, Bearing Vehicle Identification Number 5TDKK3DC8ES508620,

hereinafter referred to as the "Respondent Property."

## II.
## STATUTORY BASIS FOR FORFEITURE

2. This is a civil forfeiture action *in rem* brought against the Respondent Property for violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

3. The Respondent Property is forfeitable to the United States of America pursuant to 8 U.S.C. § 1324(b)(1), which subjects to civil forfeiture "[a]ny conveyance, including any vessel, vehicle, or aircraft, that has been or is being used in the commission of a violation of subsection (a), the gross proceeds of such violation, and any property traceable to such conveyance or proceeds, shall be seized and subject to forfeiture."

## III.
## JURISDICTION AND VENUE

4. Pursuant to 28 U.S.C. § 1345, this Court has jurisdiction over an action commenced by the United States, and pursuant to 28 U.S.C. § 1355(a), jurisdiction over an action for forfeiture. This Court has *in rem* jurisdiction over the Respondent Property pursuant to 28 U.S.C. §§ 1355(b) and 1395(b). Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A), because the acts or omissions giving rise to the forfeiture occurred in this District, and pursuant to 28 U.S.C. §§ 1355(b)(1)(B) and 1395(b) because the Respondent Property was seized in this District.

5. The Respondent Property was seized in the Western District of Texas, in a parking lot at the intersection of Myrtle and Kansas St. in El Paso, Texas, on or about February 28, 2018. The Respondent Property has remained in the custody of DHS and/or deposited within the jurisdiction of the United States District Court, Western District of Texas, El Paso Division, and shall remain within the jurisdiction of the court pending litigation of this case.

## IV.
## FACTS IN SUPPORT OF FORFEITURE

6. On February 28, 2018, at approximately 5:00 a.m., Border Patrol Agents (BPAs) at the Clint, Texas station, apprehended three subjects making illegal entry into the United States. One of the subjects gave consent to search his phone and to answer any calls or text messages. BPA Juan Rodriguez proceeded to use the phone to pose as the subject and receive instructions for

where the subject was supposed to be picked up and taken elsewhere in the United States.

7. BPA Rodriguez and BPA Ricardo Mendoza wore plain clothes in order to pose as illegal aliens and went to a 7 Eleven store where they were told they would be picked up by a black minivan taxi. They were met by Mr. Maguina-Quintana who picked them up in the Respondent Property, which was marked as a taxi. BPAs Rodriguez and Mendoza told Mr. Maguina-Quintana they were nervous, because they had crossed into the country illegally. After driving around with Mr. Maguina-Quintana for a couple hours and verifying that he knew they were there illegally, they identified themselves to Mr. Maguina-Quintana and arrested him for being involved in an alien smuggling scheme.

8. On or about March 27, 2018, a grand jury sitting in the Western District of Texas, El Paso Division, returned a one-count Felony Information, EP-18-CR-00758-KC. charging Walter Raul Maguina-Quintana with transporting aliens, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

9. On or about April 5, 2018, Maguina-Quintana pled guilty, pursuant to a written plea agreement to Count One of the Felony Information.

10. Bases upon Maguina-Quintana's admissions at his Rule 11 proceeding, the Respondent Property was involved in the transporting aliens offense.

11. The Respondent Property is subject to forfeiture pursuant to 8 U.S.C. § 1324(b)(1), as property involved in violations of 8 U.S.C. §§ 1324(a)(1)(A)(ii) & (a)(1)(B)(ii).

V.
**PRAYER**

WHEREFORE, Petitioner, United States of America, prays that due process issue to enforce the forfeiture of the Respondent Property, that due notice pursuant to Rule G(4) be given

to all interested parties to appear and show cause why forfeiture should not be decreed[1], that a warrant for an arrest *in rem* be ordered, that the Respondent Property be forfeited to the United States of America, that the Respondent Property be disposed of in accordance with the law and for any such further relief as this Honorable Court deems just and proper.

Dated: July 12, 2018
     El Paso, Texas

                              Respectfully submitted,

                              JOHN F. BASH
                              United States Attorney for the
                              Western District of Texas

By: _____
       Antonio Franco, Jr.
       Texas Bar No. 00784077
       Assistant United States Attorney
       700 E. San Antonio Ave., Suite 200
       El Paso, Texas 79901
       Tel: 915-534-3476
       Fax: 915-534-3461

---

[1]     Appendix A, which is being filed along with this complaint, will be sent to those known to the United States to have an alleged interest in the Respondent Properties.

4

## VERIFICATION

Task Force Officer Edward R. Vasquez, declares and says that:

1. I am a Task Force Officer with the Department of Homeland Security, United States Customs and Border Protection, Offices of Fines, Penalties and Forfeitures, assigned to the El Paso Field Office. I am the investigator responsible for the accuracy of the information provided in this litigation.

2. I have read the above Verified Complaint for Forfeiture and know the contents thereof based upon my personal participation in the investigation, my conversations with others, and my review of documents prepared by others. Based upon information and belief, the allegations contained in the Verified Complaint for Forfeiture are true and correct. Because the Verified Complaint is being submitted for the limited purpose of stating sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial, it does not contain every fact known by me or the United States. Where the actions, conversations, and statements of others are related therein, they are related in substance and in part, unless otherwise stated.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this the 12th day of July, 2018.

Task Force Officer Edward R. Vasquez
Bureau of Immigration & Customs Enforcement

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) ) ) |
| v. | ) CIVIL ACTION NO. ) |
| ONE 2014 TOYOTA SIENNA, BEARING VEHICLE IDENTIFICATION NUMBER 5TDKK3DC8ES508620, | ) ) ) ) ) |
| Respondent. | ) |

FILED

JUDGE FRANK MONTALVO

EP18CV0212

U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## NOTICE OF COMPLAINT FOR FORFEITURE

1. On July 12, 2018, Petitioner United States of America, by its attorneys, John F. Bash, United States Attorney for the Western District of Texas, and Assistant United States Attorney Antonio Franco, Jr., filed a Verified Complaint for Forfeiture in the United States District Court for the Western District of Texas, against the property described below, which is also specifically described in the Verified Complaint for Forfeiture, and which is subject to forfeiture to the United States pursuant to 8 U.S.C. § 1324(b)(1), as property involved in violations of 8 U.S.C. §§ 1324(a)(1)(A)(ii) & (a)(1)(B)(ii), namely:

- **One 2014 Toyota Sienna, Bearing Vehicle Identification Number 5TDKK3DC8ES508620,**

hereinafter referred to as the "Respondent Property."

2. Pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice to any person who reasonably appears to be a potential claimant shall be by direct notice. Accompanying this notice is the Verified Complaint for Forfeiture which has been filed in this cause and which describes the Respondent Property.

Pursuant to Supplemental Rule G(4)(b), any person claiming an interest in the Respondent Property who has received direct notice of this forfeiture action must file a Claim in compliance with Rule G(5)(a), with the court within **thirty-five (35) days after the notice was sent, if delivered by mail (if mailed, the date sent is provided below), or within 35 days of the date of delivery, if notice was personally served**. An Answer or motion under Rule 12 of the Federal Rules of Civil Procedure must then be filed within **twenty-one (21)** days of the Claim being filed. The Claim and Answer must be filed with the Clerk of the Court, 525 Magoffin, Suite 105, El Paso, Texas 79901, and copies of each must be served upon Assistant United States Attorney Antonio Franco, Jr., 700 E. San Antonio Ave, Suite 200, El Paso, Texas 79901, or default and forfeiture will be ordered. *See* 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claim and Asset Forfeiture Actions.

Failure to follow the requirements set forth above will result in a judgment by default taken against you for the relief demanded in the complaint.

## APPENDIX A

**DATE NOTICE SENT:**_____

                JOHN F. BASH
                United States Attorney for the
                Western District of Texas

By: _____
      Antonio Franco, Jr.
      Assistant United States Attorney
      Texas Bar No. 00784077
      700 E. San Antonio Ave., Suite 200
      El Paso, TX 79901
      Tel: 915-534-6884
      Fax: 915-534-3461

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2018 JUL 12 AM 11:30

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>ONE 2014 TOYOTA SIENNA, BEARING VEHICLE IDENTIFICATION NUMBER 5TDKK3DC8ES508620,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

JUDGE FRANK MONTALVO
EP 18 CV 0212

## ORDER FOR WARRANT OF ARREST OF PROPERTY

WHEREAS, on July 12, 2018, Petitioner United States of America, by its attorneys, John F. Bash, United States Attorney for the Western District of Texas, and Assistant United States Attorney Antonio Franco, Jr., filed a Verified Complaint for Forfeiture in the United States District Court for the Western District of Texas, against one 2014 Toyota Sienna, bearing Vehicle Identification Number 5TDKK3DC8ES508620, seized on or about February 28, 2018, in El Paso, Texas, in the Western District of Texas (hereinafter referred to as the "Respondent Property"), alleging that the Respondent Property is subject to forfeiture to the United States of America pursuant to 8 U.S.C. § 1324(b)(1), as property involved in violations of 8 U.S.C. §§ 1324(a)(1)(A)(ii) & (a)(1)(B)(ii),

IT IS THEREFORE ORDERED that a Warrant for the Arrest of Property against the Respondent Property issue as prayed for, and that the United States Customs and Border Protection, Offices of Fines, Penalties and Forfeitures, and/or Homeland Security Investigations, or any other law enforcement officer, or any other person or organization authorized by law to

enforce the warrant, be commanded to arrest the Respondent Property and take it into possession for safe custody as provided by Rule G, Supplemental Rules of Federal Rules of Civil Procedure, until further order of the Court, and to use whatever means may be appropriate to protect and maintain it in their custody, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Property, and to make a return as provided by law.

        SIGNED this _____ day of _____, 2018.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2018 JUL 12 AM 11:30
JUDGE FRANK MONTALVO
WESTERN DISTRICT OF TEXAS

EP18CV0212

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. |
| ONE 2014 TOYOTA SIENNA, BEARING VEHICLE IDENTIFICATION NUMBER 5TDKK3DC8ES508620, | ) |
| Respondent. | ) |

## WARRANT FOR THE ARREST OF PROPERTY

**TO THE UNITED STATES CUSTOMS AND BORDER PROTECTION, OFFICE OF FINES, PENALTIES AND FORFEITURES, HOMELAND SECURITY INVESTIGATIONS OR OTHER AUTHORIZED LAW ENFORCEMENT OFFICER OR ANY OTHER PERSON OR ORGANIZATION AUTHORIZED BY LAW TO ENFORCE THE WARRANT:**

WHEREAS, on July 12, 2018, Petitioner United States of America, by its attorneys, John F. Bash, United States Attorney for the Western District of Texas, and Assistant United States Attorney Antonio Franco, Jr., filed a Verified Complaint for Forfeiture in the United States District Court for the Western District of Texas, against one 2014 Toyota Sienna, bearing Vehicle Identification Number 5TDKK3DC8ES508620, seized on or about February 28, 2018, in El Paso, Texas, in the Western District of Texas (hereinafter referred to as the "Respondent Property"), alleging that the Respondent Property is subject to forfeiture to the United States of America pursuant to 8 U.S.C. § 1324(b)(1), as property involved in violations of 8 U.S.C. §§ 1324(a)(1)(A)(ii) & (a)(1)(B)(ii), and

WHEREAS an Order has been entered by the United States District Court for the Western District of Texas that a Warrant for Arrest of Property be issued as prayed for by Petitioner United States of America,

YOU ARE THEREFORE COMMANDED to arrest the Respondent Property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the Respondent Property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Property and to make a return as provided by law.

SIGNED this _____ day of _____, 2018.

          JEANNETTE J. CLACK
          United States District Clerk
          Western District of Texas

By: _____
     Deputy

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
1. One 2014 Toyota Sienna, Bearing Vehicle Identification Number 5TDKK3DC8ES508620

2018 JUL 12 AM 11:30
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Antonio Franco, Jr., Assistant United States Attorney
700 E. San Antonio, Suite 200
El Paso, Texas 79901    (915) 534-6884

Attorneys *(If Known)* JUDGE FRANK MONTALVO
EP18CV0212

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
8 U.S.C. 1324(b)(1)
Brief description of cause:
Property involved or used in a knowing violations of 8 U.S.C. §§1324(a)(1)(A)(ii) & (a)(1)(B)(ii)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 07/12/2018
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____